PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS HIGUERA LOPEZ,<br><br>Defendant. | CASE NO. 1:22-CR-00305-JLT-SKO<br><br>STIPULATION TO VACATE STATUS CONFERENCE AS TO LUIS HIGUERA LOPEZ AND SET CASE FOR CHANGE OF PLEA AND PROPOSED ORDER THEREON<br><br>Court: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on August 30, 2023, at 1:00 p.m.

2. By this stipulation, defendant now moves to vacate the status conference as to Luis HIGUERA LOPEZ and to **set the case for a change of plea hearing on September 11, 2023 at 10:00 a.m.** before the Hon. Jennifer L. Thurston. The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes body-worn camera, investigative reports, photographs, aerial surveillance video, hours of records, and other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and

copying. In addition, the government has confidential discovery that it has made available to defense at the government's office.

      b)    Defense counsel needs the additional time to meet with his client and prepare for the change of plea hearing.

      c)    Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 30, 2023 to September 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and B(iv) because the continuance is granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 14, 2023                      PHILLIP A. TALBERT
                                                    United States Attorney

                                          By:  /s/ JUSTIN J. GILIO
                                                  JUSTIN J. GILIO
                                                  Assistant United States Attorney

Dated: August 14, 2023                      /s/ *David Torres*
                                                  Attorney for Defendant Luis Higuera Lopez

**O R D E R**

IT IS SO ORDERED.

DATED: 8/15/2023

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
United States Magistrate Judge